CARTER LEDYARD & MILBURN LLP
James Gadsden (JG 4990)
Gerald W. Griffin (GG 2778)
Two Wall Street
New York, New York 10005
(212) 732-3200



Attorneys for Plaintiff, The Bank of New York, as Indenture Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK, as Indenture Trustee

                Plaintiff,

– against –

TYCO INTERNATIONAL GROUP, S.A., and
TYCO INTERNATIONAL, LTD

                Defendants.

Civil Action



### STATEMENT OF PLAINTIFF THE BANK OF NEW YORK PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Bank of New York, a private, non-governmental party, certifies that it is a wholly-owned subsidiary of The Bank of New York Company, Inc. and that The Bank of New York Company, Inc. is a publicly-traded company.

6189843.1

Dated: New York, New York
      June 4, 2007

                              CARTER LEDYARD & MILBURN LLP

                              By: _____
                              James Gadsden (JG 4990)
                              Gerald W. Griffin (GG 2778)
                              Two Wall Street
                              New York, New York  10005
                              (212) 732-3200

                              Attorneys for Plaintiff, The Bank of New York, as
                              Indenture Trustee

6189843.1