AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

The Bank of New York, as Indenture Trustee

**SUMMONS IN A CIVIL CASE**

V.

Tyco International Group, S.A., and
Tyco International, LTD.

CASE NUMBER: **07 CIV 4659**

TO: (Name and address of defendant)

Tyco International Group, S.A., Boulevard Royal 26, Luxembourg, Luxembourg L-2449
Tyco International Ltd., 90 Pitts Bay Road, Pembroke HM 08, Bermuda

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

JUN 0 4 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                         Date                                                 Signature of Server

                                                                              _____
                                                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CARTER LEDYARD & MILBURN, LLP
James Gadsden (JG 4990)
Gerald W. Griffin (GG 2778)
Two Wall Street
New York, New York 10005
(212) 732-3200

Attorneys for Plaintiff, The Bank of New York, as Indenture Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee<br><br>Plaintiff,<br><br>– against –<br><br>TYCO INTERNATIONAL GROUP, S.A., and TYCO INTERNATIONAL, LTD<br><br>Defendants. | Case No. 2007 Cv 4659<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

EDURIN COLON, being duly sworn deposes and says:

1. I am over the age of eighteen years, am not a party to this proceeding and am employed by the law firm of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff.

2. On Monday, June 4, 2007 at 2:18 P.M., I personally served true and correct copies of the Summons, Complaint, Civil Cover Sheet and 7.1 Statement upon defendants Tyco International Group, S.A. and Tyco International, Ltd. by serving said papers upon CT Corporation System, as registered agent for Tyco International Group, S.A. and Tyco International, Ltd., at their place of business located at 111 8th Avenue, New York, New York. I delivered and left with Sabrina Ambrose, a Process Specialist employed by CT Corporation, a package for each defendant which contained a copy of each of the aforementioned documents.

6191666.1

-2-

After checking her computer Ms. Ambrose confirmed that she was authorized to accept service of papers on behalf of Tyco International Group, S.A. and Tyco International, Ltd.

      3. I describe Sabrina Ambrose as follows: a black female, approximately 30 years of age, weighing approximately 150 pounds, approximately 5'7" in height having black hair and brown eyes.

                                                       Edurin Colon

Sworn to before me this

6th day of June, 2007.

_____
Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate filed in New York County
Commission Expires April 18, 2010

6191666.1