AFFIDAVIT OF SERVICE BY FEDEX

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christine Rodriguez, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 25, 2007, I personally served true copies of the foregoing NOTICE OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. PROC. 24 AND TO JOIN PARTIES PURSUANT TO FED. R. CIV. PROC. 20, MEMORANDUM OF LAW IN SUPPORT OF NOTEHOLDERS' MOTION TO INTERVENE AND JOIN PARTIES, DECLARATION OF AMIR WEINBERG IN SUPPORT OF MOTION TO INTERVENE AND JOIN PARTIES and INTERVENING PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT on the following:

Judith A. Reinsdorf
Tyco International Group S.A.
9 Rozel Rd
Princeton, NJ 085406

Managing Directors
Tyco International Group S.A.
Boulevard Royal, 26
Sixth Floor
L-2449
Luxembourg

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express Office for Priority Overnight Delivery.

_____
Christine Rodriguez

Sworn to before me this
29th day of June, 2007

_____
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109853
Qualified in New York County
Commission Expires May 17, 2008