UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>TYCO INTERNATIONAL GROUP, S.A., and TYCO INTERNATIONAL, LTD<br><br>　　　　　Defendants. | Docket No. 07 CV 4659 (SAS)<br><br>**DECLARATION OF AMIR WEINBERG IN SUPPORT OF MOTION TO INTERVENE AND JOIN PARTIES** |

　　　　AMIR WEINBERG, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

　　　　1.　　I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Intervenor-Plaintiffs. This declaration is submitted in support of our clients' Motion to Intervene and Join Parties.

　　　　2.　　Attached is a true and correct copy of the Proposed Complaint of Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Knights of Columbus, New York Life Insurance Company, New York Life Insurance and Annuity Corporation, SunAmerica Life Insurance Company, and The Variable Annuity Life Insurance Company as Intervenor-Plaintiffs, to be formally filed with the Court once permission to intervene and join parties has been granted.

Dated:　New York, New York
　　　　June 25, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Amir Weinberg