UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE BANK OF NEW YORK, as Indenture
Trustee,

         Plaintiff,

    v.
                                  :   07 Civ. 4659 (SAS)

TYCO INTERNATIONAL GROUP S.A. and
TYCO INTERNATIONAL LTD.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that no publicly held corporation owns 10% or more of Defendant Tyco International Ltd. Defendant Tyco International Group S.A. is a wholly owned subsidiary of Tyco International Ltd.

Dated: New York, New York
      June 22, 2007

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
    Jonathan J. Lerner (JL-7117)
    Joseph N. Sacca (JS-9435)

Four Times Square
New York, New York 10036
(212) 735-3000

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Wesley G. Howell (WH-8660)
    Marshall R. King (MK-1642)

200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

Attorneys for Defendants Tyco International Group S.A. and Tyco International Ltd.

100245984_1.DOC