UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

THE BANK OF NEW YORK, as Indenture
Trustee,

        Plaintiff,

   v.                                                         07 Civ. 4659 (SAS)

TYCO INTERNATIONAL GROUP S.A. and
TYCO INTERNATIONAL LTD.,

        Defendants.

---------------------------------x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Defendants Tyco International Group S.A. and Tyco International Ltd. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants Tyco International Group S.A. and Tyco International Ltd. The undersigned is a member of this Court in good standing.

Dated: New York, New York
June 22, 2007

                                      GIBSON, DUNN & CRUTCHER LLP

                                      By: _____
                                          Marshall R. King (MK-1642)

                                      200 Park Avenue, 47th Floor
                                      New York, New York 10166-0193
                                      (212) 351-4000