UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BANK OF NEW YORK, as Indenture Trustee,

              Plaintiff,

v.

TYCO INTERNATIONAL GROUP S.A. and TYCO INTERNATIONAL LTD.,

              Defendants.

------------------------------------------------------------x

07 Civ. 4659 (SAS)

## CERTIFICATE OF SERVICE

    I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 22nd day of June 2007, I served the Defendants' Answer, the Corporate Disclosure Statement and the Notice of Appearance in this action, by hand, and electronically (via ECF Notification) on June 25, 2007, upon the plaintiff in this action.

Dated: New York, New York
       June 25, 2007

                                                         _____
                                                            Angel S. Arias

100250248_1.DOC