Courtesy Copy
Original Filed by ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BANK OF NEW YORK, as Indenture Trustee       :     ECF CASE
                                                 :
                    Plaintiff,                   :     07 CIV. 4659 (SAS)
                                                 :
        v.                                       :     **STIPULATION
                                                 :     AND ORDER
TYCO INTERNATIONAL GROUP S.A. and                :     SUBSTITUTING COUNSEL**
TYCO INTERNATIONAL LTD.,                         :
                                                 :
                    Defendants.                  :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, at the request of and with the consent of plaintiff The Bank of New York and upon the annexed Declaration of James Gadsden pursuant to Local Civil Rule 1.4, that the law firm of Dechert LLP, 30 Rockefeller Plaza, New York, New York 10112, be substituted as counsel for The Bank of New York in place of the law firm of Carter Ledyard & Milburn LLP.

Dated: New York, New York
       June 29, 2007

CARTER LEDYARD & MILBURN LLP

By: _____
    James Gadsden
    Gerald W. Griffin
2 Wall Street
New York, New York 10005
(212) 732-3200

DECHERT LLP

By: _____
    Kevin O'Brien
    Glenn Siegel
    Ronald A. Hewitt
    Alissa Rossman
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500

SO ORDERED.

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

6200562.1