UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
THE BANK OF NEW YORK, as Indenture Trustee,                       :    **ECF CASE**
                                                                  :
                              Plaintiff,                          :    07 Civ. 4659 (SAS)
         v.                                                       :
                                                                  :
TYCO INTERNATIONAL GROUP S.A. and                                 :
TYCO INTERNATIONAL LTD.,                                          :
                                                                  :
                              Defendants.                         :
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Luis A. Lopez, hereby certify, under penalty of perjury pursuant 28 U.S.C. § 1746, that on the 11th day of July 2007, I served the Order for Initial Pretrial Conference in this action, by mail, upon the following:

Marshall Ross King
Gibson Dunn & Crutcher LLP
200 Park Avenue, 48th Floor
New York, NY 10166

*Attorney for Defendants Tyco International Group S.A. and Tyco International Ltd.*

Gerard E. Harper
Paul, Weiss, Rifkind, Warton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorney for proposed Intervenor Plaintiffs UNUM Life Insurance Company of America, First Unum Life Insurance Company, Provident Life & Accident Insurance Company, Knights of Columbus, New York Life Insurance Company, SunAmerica Life Insurance Company, The Variable Annuity Life Insurance Company, and New York Life Insurance and Annuity Corporation*

Dated: New York, New York
       July 11, 2007

_____
Luis A. Lopez