UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE BANK OF NEW YORK, as Indenture Trustee,

        Plaintiff,

   v.

TYCO INTERNATIONAL GROUP S.A. and TYCO INTERNATIONAL LTD.,

        Defendants.

-----------------------------------------------------------x

07 Civ. 4659 (SAS)

## CERTIFICATE OF SERVICE

    I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 13th day of July 2007, I served the Defendants' Memorandum of Law in Partial Opposition to Motion to Intervene and Join Parties and the Declaration of Marshall R. King in Connection with Defendants' Partial Opposition to Motion to Intervene and Join Parties this action, by hand, and electronically (via ECF Notification), upon the counsel for plaintiff and counsel for proposed intervenor-plaintiff in this action.

Dated: New York, New York
       July 13, 2007

                                        _____
                                           Angel S. Arias

100262542_1.DOC