UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              :

THE BANK OF NEW YORK, as         :
Indenture Trustee,
                                              :

             Plaintiff,         :       **ORDER**
                                              :       07 Civ. 4659 (SAS)

     - against -                  :

TYCO INTERNATIONAL GROUP, S.A., :
and TYCO INTERNATIONAL, LTD.,    :

            Defendants.      :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      IT IS HEREBY ORDERED:

      1.     Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Knights of Columbus, New York Life Insurance Company, New York Life Insurance and Annuity Corporation, SunAmerica Life Insurance Company, and Variable Annuity Life Insurance Company (collectively, "Intervenor-Plaintiffs") are granted leave to intervene as plaintiffs in this action; and

      2.     Intervenor-Plaintiffs' request to join additional defendants is granted insofar as it seeks to join Tyco International Finance

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/07

S.A. as a defendant in this action, and denied as to the

remaining four proposed additional defendants.

The Clerk of the Court is directed to close this motion [No. 5 on the Docket Sheet]

and to accept intervenors' amended complaint for filing.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          July 25, 2007

## - Appearances -

**For Bank of New York:**

Kevin O'Brien, Esq.
Glenn Siegel, Esq.
Ronald A. Hewitt, Esq.
Alissa Rossman, Esq.
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

**For Intervenor-Plaintiffs:**

Gerard E. Harper, Esq.
Andrew G. Gordon, Esq.
Andrew N. Rosenberg, Esq.
Amir Weinberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

**For Defendants:**

Wesley G. Howell, Esq.
Marshall R. King, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166
(212) 351-4000

Jonathan J. Lerner, Esq.
Joseph N. Sacca, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000