ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE BANK OF NEW YORK, as
Indenture Trustee,
        Plaintiff,

v.

TYCO INTERNATIONAL GROUP, S.A.
and TYCO INTERNATIONAL, LTD,
        Defendants.

UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,
        Intervenor- Plaintiffs,

v.

TYCO INTERNATIONAL GROUP, S.A., TYCO
INTERNATIONAL, LTD, and TYCO INTERNATIONAL
FINANCE S.A.,
        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 4659 (SAS)

TO: (Name and address of Defendant)

    Tyco International Finance S.A.
    c/o Judith A. Reinsdorf, Executive Vice President and General Counsel
    Tyco International (US) Inc.
    9 Roszel Road
    Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Gerard E. Harper, Esq.
    Andrew G. Gordon, Esq.
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

AUG 3 0 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                                *Signature of Server*

                                                     _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>TYCO INTERNATIONAL GROUP, S.A. and TYCO INTERNATIONAL, LTD,<br>　　　　　Defendants. | Docket No. 07 CV 4659 (SAS) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, FIRST UNUM LIFE INSURANCE COMPANY, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, KNIGHTS OF COLUMBUS, NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, SUNAMERICA LIFE INSURANCE COMPANY, and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br>　　　　　Intervenor-<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TYCO INTERNATIONAL GROUP, S.A., TYCO INTERNATIONAL, LTD, and TYCO INTERNATIONAL FINANCE S.A.,<br>　　　　　Defendants. | **COMPLAINT IN INTERVENTION** |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Luke DePalma, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 30, 2007, I personally served true copies of the foregoing SUMMONS IN A CIVIL CASE and COMPLAINT IN INTERVENTION on the following:

Tyco International Finance S.A.
c/o Judith A. Reinsdorf, Executive Vice President and General Counsel
Tyco International (US) Inc.
9 Roszel Road
Princeton, NJ 08540

3. I made such service by personally delivering true copies of the aforementioned documents to CIRA P. GEORGIOU who stated her position as LITIGATION PARALEGAL and said that she was authorized to accept service on behalf of Tyco International Finance S.A. c/o Judith A. Reinsdorf at the above stated address.

4. I would describe CIRA P. GEORGIOU as a Caucasian female approximately 45-55 years of age, with gray-black hair, dark colored eyes, standing approximately five feet three inches tall and weighing approximately 110 pounds.

_____
Luke DePalma

Sworn to before me this
30th day of August, 2007

_____
Notary Public

ELIZABETH L. DAVIS
Notary Public, State of New York
No. 01DA6087130
Qualified in New York County
Commission Expires March 16, 2011

Doc#: NY6: 185617.1