UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee,<br>           Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL GROUP, S.A. and TYCO INTERNATIONAL, LTD.,<br>           Defendants. | Docket No. 07 CV 4659 (SAS) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, FIRST UNUM LIFE INSURANCE COMPANY, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, KNIGHTS OF COLUMBUS, NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, SUNAMERICA LIFE INSURANCE COMPANY, and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br>           Intervenor-Plaintiffs,<br><br>v.<br><br>TYCO INTERNATIONAL GROUP, S.A., TYCO INTERNATIONAL, LTD., and TYCO INTERNATIONAL FINANCE S.A.,<br>           Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, are hereby entering an appearance as co-counsel of record, along with Dechert LLP, who has previously appeared in this matter, for Plaintiff, The Bank of New York. Demand is hereby made that Andrew G. Gordon of

Paul, Weiss, Rifkind, Wharton & Garrison LLP be included among counsel served with papers in this action, at the address stated below.

Dated: October 17, 2007

        Respectfully submitted,

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                By: /s/ Andrew G. Gordon
                    Andrew G. Gordon
                    1285 Avenue of the Americas
                    New York City, New York 10019
                    (212) 373-3000

                *Attorneys for Plaintiff*