*Settlement pays*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as<br>Indenture Trustee,<br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TYCO INTERNATIONAL GROUP, S.A.<br>and TYCO INTERNATIONAL, LTD.,<br>　　　　　　Defendants. | Docket No. 07 CV 4659 (SAS) |

UNUM LIFE INSURANCE COMPANY
OF AMERICA, FIRST UNUM LIFE
INSURANCE COMPANY, PROVIDENT
LIFE AND ACCIDENT INSURANCE
COMPANY, KNIGHTS OF COLUMBUS,
NEW YORK LIFE INSURANCE
COMPANY, NEW YORK LIFE
INSURANCE AND ANNUITY
CORPORATION, SUNAMERICA LIFE
INSURANCE COMPANY, and THE
VARIABLE ANNUITY LIFE
INSURANCE COMPANY,
　　　　　　Intervenor-
　　　　　　Plaintiffs,

　　　　　v.

TYCO INTERNATIONAL GROUP, S.A.,
TYCO INTERNATIONAL, LTD., and
TYCO INTERNATIONAL FINANCE
S.A.,

　　　　　　Defendants.



USDC SDNY<br>DOCUMENT<br>... LLY FILED<br>... 10/17/07

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal

Rules of Civil Procedure, there having been no service of an answer to the Complaint in

Intervention nor service of a motion for summary judgment, Intervenor-Plaintiffs

voluntarily dismiss without prejudice their claims asserted against Defendants in the

Complaint in Intervention.

Dated: October 17, 2007

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _Andrew Gordon_ /TS

Gerard E. Harper
Andrew G. Gordon
Andrew N. Rosenberg
1285 Avenue of the Americas
New York City, New York 10019
(212) 373-3000

*Attorneys for Intervenor-Plaintiffs*

SO ORDERED:

Date: Oct 17, 2007

U.S.D.J.

Shira A. Scheindlin, USDJ