UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE BANK OF NEW YORK, as Indenture Trustee,

           Plaintiff,

    v.                                              07 Civ. 4659 (SAS)

TYCO INTERNATIONAL GROUP S.A., TYCO INTERNATIONAL LTD., and TYCO INTERNATIONAL FINANCE S.A.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

      I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 15th day of November 2007, I served the Defendants' Answer and Counterclaims in this action, electronically (via ECF Notification), upon the plaintiff in this action.

Dated: New York, New York
       November 15, 2007

                                                                           _____
                                                                          Angel S. Arias

100339642_1.DOC