*Scheindlin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL GROUP, S.A., TYCO INTERNATIONAL, LTD., and TYCO INTERNATIONAL FINANCE S.A.,<br><br>Defendants. | Docket No. 07 CV 4659 (SAS)<br><br>[~~PROPOSED~~] STIPULATION AND ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/19/07 |
| TYCO INTERNATIONAL, LTD. and TYCO INTERNATIONAL FINANCE S.A.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK, as Indenture Trustee,<br><br>Counterclaim-Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties that the time for plaintiff to answer, move or otherwise respond to defendants' First Amended Counterclaims in the above-captioned action is extended to and includes Monday, January 7, 2008.

Dated: New York, New York
December 17, 2007

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: _____
Gerard E. Harper
Andrew G. Gordon
Andrew N. Rosenberg

gharper@paulweiss.com

1285 Avenue of the Americas
New York City, New York 10019
(212) 373-3000

DECHERT LLP

Kevin O'Brien
Glenn Siegel
Alissa Rossman

kevin.obrien@dechert.com

30 Rockefeller Plaza
New York City, New York 10112
(212) 698-3500

*Co-Counsel for the Plaintiff and Counterclaim-Defendant*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Wesley G. Howell
Marshall R. King

mking@gibsondunn.com

200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

*Counsel for Defendants and Counterclaim-Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

12/19/07