UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK, as
Indenture Trustee,

    Plaintiff,

v.

TYCO INTERNATIONAL GROUP, S.A.,
TYCO INTERNATIONAL, LTD., and
TYCO INTERNATIONAL FINANCE
S.A.,

    Defendants.

TYCO INTERNATIONAL, LTD. and
TYCO INTERNATIONAL FINANCE
S.A.,

    Counterclaim-Plaintiffs,

v.

THE BANK OF NEW YORK, as
Indenture Trustee,

    Counterclaim-Defendant.

Docket No. 07 CV 4659 (SAS)

[PROPOSED] STIPULATION
AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

DEC 13 2007

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties that the time for plaintiff to answer, move or otherwise respond to defendants' First Amended Counterclaims in the above-captioned action is extended to and includes Monday, January 7, 2008.

Dated: New York, New York
December 17, 2007

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: /s/
Gerard E. Harper
Andrew G. Gordon
Andrew N. Rosenberg

gharper@paulweiss.com

1285 Avenue of the Americas
New York City, New York 10019
(212) 373-3000

DECHERT LLP

Kevin O'Brien
Glenn Siegel
Alissa Rossman

kevin.obrien@dechert.com

30 Rockefeller Plaza
New York City, New York 10112
(212) 698-3500

*Co-Counsel for the Plaintiff and Counterclaim-Defendant*

GIBSON, DUNN & CRUTCHER LLP

By: /s/
Wesley G. Howell
Marshall R. King

mking@gibsondunn.com

200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

*Counsel for Defendants and Counterclaim-Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

12/18/07