```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

BANK OF NEW YORK,

                        **Plaintiff,**

    - against -

TYCO INTERNATIONAL GROUP S.A.,
et al.,

                     **Defendants.**

------------------------------------------------------- X

**ORDER**

07 Civ. 4659 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Defendants' request is granted in part and denied in part.  The Court

will address only those issues raised in plaintiff's motion, including the "flip-side"

issue regarding the make-whole premium raised in defendants' request to file a

cross-motion.  The Court will entertain defendants' request on the asset transfer

issue after the determination of the instant motion.

                                           SO ORDERED:

                                           Shira A. Scheindlin
                                           U.S.D.J.

Date: New York, New York
      January 2, 2008

## - Appearances -

**For Plaintiff and Counter Defendant Bank of New York:**

Alissa Rossman, Esq.
Glenn E. Siegel, Esq.
Ronald Allan Hewitt, Esq.
Kevin J. O'Brien, Esq.
Dechert, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

Andrew Garry Gordon, Esq.
Gerard E. Harper, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3553

**For Defendants and Counter Claimants Tyco International Group, S.A., Tyco International, Ltd., Tyco International Finance S.A., :**

Marshall Ross King, Esq.
Wesley G. Howell, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 48th Floor
New York, NY 10166
(212) 351-3905