UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE BANK OF NEW YORK, as Indenture Trustee,

          Plaintiff,

v.

TYCO INTERNATIONAL GROUP S.A., TYCO INTERNATIONAL LTD., and TYCO INTERNATIONAL FINANCE S.A.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4659 (SAS)

## CERTIFICATE OF SERVICE

      I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 11th day of January 2008, I served the Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of their Cross-Motion for Summary Judgment, Declaration of John Jenkins in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment, Defendants' Response to Plaintiff's Rule 56.1 Statement and Defendants' Rule 56.1 Statement in this action, electronically (via ECF Notification), upon the plaintiff in this action.

Dated: New York, New York
       January 11, 2008

                                                                       Angel S. Arias

100369473_1.DOC