Se Hewn Lin/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL GROUP S.A., TYCO INTERNATIONAL LTD., and TYCO INTERNATIONAL FINANCE S.A.,<br><br>Defendants. | FILED 1/15/08<br><br>Docket No. 07 CV 4659 (SAS)<br><br>[PROPOSED] STIPULATION AND ORDER |
| TYCO INTERNATIONAL LTD. and TYCO INTERNATIONAL FINANCE S.A.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK, as Indenture Trustee,<br><br>Counterclaim-Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties, that the briefing schedule on Plaintiff's motion to dismiss the First Amended Counterclaims, which was filed on January 7, 2008, shall be as follows:

(1) Counterclaim-Plaintiffs Tyco International Ltd. and Tyco International Finance S.A. will serve and file their papers in opposition to the motion on or before January 28, 2008; and

(2) Plaintiff The Bank of New York will serve and file its reply papers in support of the motion on or before February 11, 2008.

Dated: New York, New York
       January 11, 2008

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: _____
Gerard E. Harper
Andrew G. Gordon
Andrew N. Rosenberg

gharper@paulweiss.com

1285 Avenue of the Americas
New York City, New York 10019
(212) 373-3000

DECHERT LLP

Kevin O'Brien
Glenn Siegel
Alissa Rossman

kevin.obrien@dechert.com

30 Rockefeller Plaza
New York City, New York 10112
(212) 698-3500

*Co-Counsel for the Plaintiff and Counterclaim-Defendant*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Wesley G. Howell
Marshall R. King

mking@gibsondunn.com

200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

*Counsel for Defendants and Counterclaim-Plaintiffs*

SO ORDERED:

_____  1/15/08
U.S.D.J.

2

Doc#: USI 5123261v1