# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br><br>TELEPHONE (212) 373-3000<br>FACSIMILE  (212) 757-3990<br><br>LLOYD K. GARRISON  (1946-1991)<br>RANDOLPH E. PAUL  (1946-1956)<br>SIMON H. RIFKIND  (1950-1995)<br>LOUIS S. WEISS  (1927-1950)<br>JOHN F. WHARTON  (1927-1977)<br><br><br>WRITER'S DIRECT DIAL NUMBER<br><br>212-373-3557<br><br>WRITER'S DIRECT FACSIMILE<br><br>212-492-0557<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br><br>dpravda@paulweiss.com | 1615 L STREET, NW<br>WASHINGTON, DC 20036-5694<br>TELEPHONE (202) 223-7300<br>FACSIMILE (202) 223-7420<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br>FACSIMILE (81-3) 3597-8120<br><br>UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO 7 DONG SANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br>FACSIMILE (86-10) 6530-9070/9080<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2536-9933<br>FACSIMILE (852) 2536-9622<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K<br>TELEPHONE (44 20) 7367 1600<br>FACSIMILE (44 20) 7367 1650 | MATTHEW W. ABBOTT  DANIEL J. KRAMER<br>MARK H. ALCOTT  DAVID K. LAKHDHIR<br>ALLAN J. ARFFA  JOHN E. LANGE<br>ROBERT A. ATKINS  DANIEL J. LEFFELL<br>JOHN F BAUGHMAN  XIAOYU GREG LIU<br>LYNN B. BAYARD  JEFFREY D. MARELL<br>DANIEL J BELLER  JULIA TARVER MASON<br>MITCHELL L. BERG  MARCO V. MASOTTI<br>MARK S. BERGMAN  EDWIN S. MAYNARD<br>BRUCE BIRENBOIM  DAVID W. MAYO<br>H. CHRISTOPHER BOEHNING  TOBY S. MYERSON<br>ANGELO BONVINO  JOHN E. NATHAN<br>RICHARD S. BORISOFF  CATHERINE NYARADY<br>HENK BRANDS  ALEX YOUNG K. OH<br>JAMES L. BROCHIN  JOHN J O'NEIL<br>RICHARD J. BRONSTEIN  KELLEY D. PARKER<br>SUSANNA M. BUERGEL  ROBERT P. PARKER<br>PATRICK S. CAMPBELL*  MARC E PERLMUTTER<br>JEANETTE K CHAN  MARK F POMERANTZ<br>YVONNE Y F. CHAN  VALERIE E. RADWANER<br>DOUGLAS A. CIFU  CAREY R. RAMOS<br>LEWIS R CLAYTON  CARL L. REISNER<br>JAY COHEN  WALTER RIEMAN<br>KELLEY A CORNISH  RICHARD A. ROSEN<br>CHARLES E. DAVIDOW  ANDREW N. ROSENBERG<br>DOUGLAS R. DAVIS  STEVEN B. ROSENFELD<br>THOMAS V. DE LA BASTIDE III  PETER J. ROTHENBERG<br>ARIEL J. DECKELBAUM  RAPHAEL M. RUSSO<br>JAMES M DUBIN  JEFFREY D. SAFERSTEIN<br>LESLIE GORDON FAGEN  JEFFREY B SAMUELS<br>MARC FALCONE  DALE M SARRO<br>PETER L. FELCHER  TERRY E. SCHIMEK<br>ROBERTO FINZI  KENNETH M. SCHNEIDER<br>PETER E FISCH  ROBERT B SCHUMER<br>ROBERT C. FLEDER  JAMES H. SCHWAB<br>MARTIN FLUMENBAUM  STEPHEN J. SHIMSHAK<br>ANDREW J. FOLEY  DAVID R SICULAR<br>HARRIS B. FREIDUS  MOSES SILVERMAN<br>KENNETH A. GALLO  STEVEN SIMKIN<br>MICHAEL E. GERTZMAN  JOSEPH J. SIMONS<br>PAUL D. GINSBERG  MARILYN SOBEL<br>ERIC S GOLDSTEIN  TARUN M. STEWART<br>ERIC GOODISON  ERIC ALAN STONE<br>CHARLES H GOOGE, JR.  AIDAN SYNNOTT<br>ANDREW G. GORDON  ROBYN F. TARNOFSKY<br>BRUCE A. GUTENPLAN  JUDITH R. THOYER<br>GAINES GWATHMEY, III  DANIEL J. TOAL<br>ALAN S. HALPERIN  MARK A. UNDERBERG<br>CLAUDIA HAMMERMAN  LIZA M. VELAZQUEZ<br>GERARD E. HARPER  MARIA T. VULLO<br>BRIAN S. HERMANN  LAWRENCE G. WEE<br>ROBERT M. HIRSH  THEODORE V WELLS, JR.<br>MICHELE HIRSHMAN  STEVEN J. WILLIAMS<br>JOYCE S. HUANG  LAWRENCE I. WITDORCHIC<br>JEH CHARLES JOHNSON  JORDAN E. YARETT<br>MEREDITH J. KANE  KAYE N. YOSHINO<br>ROBERTA A. KAPLAN  ALFRED D. YOUNGWOOD<br>BRAD S. KARP  TONG YU<br>JOHN C. KENNEDY  T. ROBERT ZOCHOWSKI, JR<br>ALAN W. KORNBERG |

January 18, 2008

**By Hand**

Hon. Shira A. Scheindlin
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007



*(Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/22/08)*
*(Stamp: RECEIVED CHAMBERS OF JAN 18 2008 JUDGE SCHEINDLIN)*

*The Bank of New York* v. *Tyco International Group S.A., et al.*
07 CV 4659 (SAS)

Dear Judge Scheindlin:

      This firm represents plaintiff The Bank of New York in the above-captioned action.

      In light of defendants' recently filed cross-motion for summary judgment, we write to request that Your Honor approve a modification to the briefing schedule that the Court set for the briefing of plaintiff's motion for summary judgment.

      As reflected in the attached stipulation, which we are today sending to the Orders and Judgments Clerk, we request a one-week extension (from January 25 to February 1) of plaintiff's time to file a brief in further support of its motion and in opposition to defendants' cross-motion. Defendants would then have two weeks (until February 15) to file their reply.

*[handwritten: one week / Feb 1]*

      Consent of all parties has been obtained. This is the second request relating to the briefing schedule for plaintiff's summary judgment motion (the prior

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Shira A. Scheindlin                                                                 2

request was granted), but the first request addressing the briefing schedule for defendants' cross-motion.

I appreciate the Court's attention to the foregoing.

Respectfully submitted,

*Douglas M Pravda*

Douglas M. Pravda

cc: (by email)
    Marshall R. King, Esq.
    Wesley G. Howell, Esq.
    Glenn E. Siegel, Esq.
    Kevin J. O'Brien, Esq.

> Plaintiff's request is denied. Plaintiff's reply brief remains due on January 25, 2008. Defendants' reply to plaintiff's cross-motion response is due on February 1, 2008.
>
> SO ORDERED
>
> Date: New York, New York
> January 18, 2008
>
> Shira A. Scheindlin
> USDJ