UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

THE BANK OF NEW YORK,

        Plaintiff,

    v.

TYCO INTERNATIONAL GROUP S.A., TYCO
INTERNATIONAL LTD., and TYCO
INTERNATIONAL FINANCE S.A.,

        Defendants.

------------------------------------- x

07 Civ. 4659 (SAS)

ECF Case

## DECLARATION OF MARSHALL R. KING IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

I, Marshall R. King, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a member of the law firm Gibson, Dunn & Crutcher LLP, counsel for Tyco International Ltd. ("Tyco"), Tyco International Group S.A. ("TIGSA"), and Tyco International Finance S.A. ("TIFSA") (collectively, "Defendants"). I submit this declaration in support of Defendants' Cross-Motion For Summary Judgment.

2.    Attached hereto as Exhibit A is a true and correct excerpt of the Indenture dated June 9, 1998.

3.    Attached hereto as Exhibit B is a true and correct excerpt of the Indenture dated November 12, 2003.

4.    Attached hereto as Exhibit C is a true and correct excerpt from Tyco's Form 10-K for the year ended September 30, 1998.

2

5.  Attached hereto as Exhibit D is a true and correct excerpt from Tyco's Form 10-K for the year ended September 30, 2000.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of February, 2008.

Marshall R. King