UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
THE BANK OF NEW YORK, as Indenture Trustee,

        Plaintiff,

v.

TYCO INTERNATIONAL GROUP S.A., TYCO INTERNATIONAL LTD., and TYCO INTERNATIONAL FINANCE S.A.,

        Defendants.
------------------------------------------------x

07 Civ. 4659 (SAS)

## CERTIFICATE OF SERVICE

    I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 1st day of February 2008, I served the Defendants' Reply Memorandum of Law in Further Support of their Cross-Motion for Summary Judgment and the Declaration of Marshall R. King in Further Support of their Cross-Motion for Summary Judgment, electronically (via ECF Notification), upon the plaintiff in this action.

Dated: New York, New York
       February 1, 2008

_____
Angel S. Arias

100382069_1.DOC