UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK, as Indenture Trustee,<br>    Plaintiff,<br><br>    v.<br><br>TYCO INTERNATIONAL GROUP, S.A., TYCO INTERNATIONAL, LTD., and TYCO INTERNATIONAL FINANCE S.A.,<br>    Defendants. | Docket No. 07 CV 4659 (SAS)<br><br>**ECF Case** |

## SUPPLEMENTAL DECLARATION OF DOUGLAS M. PRAVDA

DOUGLAS M. PRAVDA declares pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, co-counsel for The Bank of New York ("BNY"), the plaintiff in this action. I make this supplemental declaration in further support of BNY's motion to dismiss.

2. Attached as Exhibit A are true and correct copies of relevant pages of the memorandum of law submitted by defendant Law Debenture Trust Company of New York in *Petrohawk Energy Corp.* v. *Law Debenture Co.*, No. 06-cv-9404, 2007 WL 211096 (S.D.N.Y. Jan. 29, 2007), in support of Law Debenture Trust Company's motion to dismiss the complaint.

3. I have not attached Law Debenture Trust Company's entire memorandum because of the Court's individual practices with respect to the length of exhibits, but am prepared to supply the entire memorandum at the Court's request.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2008

_____
Douglas M. Pravda