# EXHIBIT J

The Bank of New York
101 Barclay Street — 8W
New York, NY 10286

November 9, 2007

To Holders of Notes
Issued by Tyco International Group, S.A.
6.125% unsecured notes due 2008 (CUSIP No. 902118AM0)[1]
6.125% unsecured notes due 2009 (CUSIP No. 902118AJ7)
6.750% unsecured notes due 2011 (CUSIP No. 902118AY4)
6.375% unsecured notes due 2011 (CUSIP No. 902118BC1)
7.000% unsecured notes due 2028 (CUSIP No. 902118AC2)
6.875% unsecured notes due 2029 (CUSIP No. 902118AK4)
6.000% unsecured notes due 2013 (CUSIP No. 902118BK3)

This Notice contains important information that is of interest to the beneficial owners of the subject securities. If applicable, all depositories, custodians and other intermediaries receiving this notice are requested to expedite retransmittal to such beneficial owners in a timely manner.

The Bank of New York hereby notifies Holders of the above-captioned Notes, issued by Tyco International Group, S.A. (the "Company"), pursuant to an indenture, dated June 9, 1998 (as supplemented, the "1998 Indenture"), and an indenture, dated November 12, 2003 (as supplemented, the "2003 Indenture," and together with the 1998 Indenture, the "Indentures"), by and among the Company, Tyco International, Ltd. ("Tyco"), as Guarantor, and The Bank of New York (the "Trustee"), as Trustee under the Indentures, of Events of Default under the Indentures.

On January 13, 2006, the Company announced a plan to liquidate itself. This plan of liquidation took effect in late June 2007, and, as confirmed by the most recent 10-Q of Tyco, the plan involved both breaking up the Company into three separate public companies and the liquidation of the Company that borrowed the $5.6 billion in Notes. In this "Spin-Off Transaction," Tyco distributed tens of billions of dollars in assets to its own shareholders.

On June 4, 2007, the Trustee filed a complaint in the United States District Court for the Southern District of New York seeking, among other things, a declaratory

---

[1] Note: The CUSIP numbers appearing herein have been included solely for the convenience of the holders of the Notes. The Bank of New York assumes no responsibility for the selection or use of such CUSIP numbers and makes no representation as to the correctness of the CUSIP numbers listed above or printed on the Notes.

11/09/2007 09:57    212-815-3676    BNY STRATEGIC MGT    PAGE 02/07

judgment on whether the Trustee should sign supplements to the 1998 Indenture and 2003 Indenture to affect the Spin-Off Transaction proposed by the Company (the "Declaratory Judgment Action"). Subsequently, certain Holders (the "Intervenors") filed a Motion to Intervene and Join Parties in the Declaratory Judgment Action, which the Court granted.

On October 1, 2007, the Trustee received an instruction, pursuant to sections 4.9, 7.1 and 8.1 of the 1998 Indenture and sections 6.06, 9.05 and 10.01 of the 2003 Indenture, from the beneficial owners of more than 51% of the aggregate outstanding principal amount of the Notes to commence an action against the Company and Tyco for damages as a result of breaches under the Indentures (the "Instruction"). On October 18, 2007, the Trustee, the Company and the Intervenors entered into a stipulation allowing the Trustee to file an amended complaint alleging an additional claim for breach of contract.

Pursuant to the Instruction, the Trustee intends to take a reserve of $3.25 million (the "Reserve") for fees and costs reasonably expected to be incurred in connection with the Instruction. The Reserve will be taken *pro rata* according to the amount outstanding under each of the Notes from the next interest payment due under each of the respective Notes, in the amounts shown on Exhibit A attached hereto.

The Trustee and the Intervenors allege that the Spin-Off Transaction consummated by the Company constitutes Events of Default under the Indentures. As such, the Trustee delivered a Notice of Default to the Company on November 8, 2007. For further information concerning the nature of the Events of Default, please see the copy of the Notice of Default attached hereto.

If Holders have any questions about this notice they may contact Gary Bush, Vice President, The Bank of New York, at (212) 815-2747 or gbush@bankofny.com.

The Bank of New York, as Trustee

2

EXHIBIT A

| 1998 Indenture Series of Notes | Current Outstanding | Date of Next Interest Payment | Amount of Next Interest Payment | Amount Withheld from Next Payment | Net Gross Distribution | Distribution per $1,000 Investment |
|---|---|---|---|---|---|---|
| 6.125% due 11/01/2008<br>CUSIP: 902118AM0<br>Coupon payments: May 1 – Nov. 1 | $300,317,000 | May 1, 2008 | $9,197,208.13 | $263,275.83 | $8,933,932.29 | $29.748340 |
| 6.125% due 1/15/2009<br>CUSIP: 902118AJ7<br>Coupon payments: Jan. 15 – July 15 | $215,429,500 | January 15, 2008 | $6,597,528.44 | $188,858.38 | $6,408,670.06 | $29.748340 |
| 6.75% due 2/15/2011<br>CUSIP: 902118AY4<br>Coupon payments: Feb. 15 – Aug. 15 | $515,823,000 | February 15, 2008 | $17,409,026.25 | $452,201.27 | $16,956,824.98 | $32.873340 |
| 6.375% due 10/15/2011<br>CUSIP: 902118BC1<br>Coupon payments: April 15 – Oct. 15 | $849,374,000 | April 15, 2008 | $27,073,796.25 | $744,612.02 | $26,329,184.23 | $30.998340 |
| 7.0% due 6/15/2028<br>CUSIP: 902118AC2<br>Coupon payments: June 15 – Dec. 15 | $438,867,000 | December 15, 2007 | $15,360,345.00 | $384,737.04 | $14,975,607.96 | $34.123340 |
| 6.875% due 1/15/2029<br>CUSIP: 902118AK4<br>Coupon payments: Jan. 15 – July 15 | $731,346,000 | January 15, 2008 | $25,140,018.75 | $641,141.62 | $24,498,877.13 | $33.498340 |

11/09/2007 09:57   212-815-3675   BNY STRATEGIC MGT   PAGE 04/07

## 2003 Indenture Note

| | Current Outstanding | Date of Next Interest Payment | Amount of Next Interest Payment | Amount Withheld from Next Payment | Net Gross Distribution | Distribution per $1,000 Investment |
|---|---|---|---|---|---|---|
| 6.0% due 11/15/2013 CUSIP: 90211BBK3 | $656,097,000 | November 15, 2007 | $19,682,910.00 | $575,173.85 | $19,107,736.15 | $29.123340 |

Coupon payments: May 15 – Nov. 15