# EXHIBIT K


**Dechert**
LLP

30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**GLENN E. SIEGEL**

glenn.siegel@dechert.com
+1 212 698 3569 Direct
+1 212 314 0069 Fax

January 17, 2008

**VIA FACSIMILE**

Isaac Montal
The Depository Trust & Clearing Corporation
55 Water Street, 22nd FL
New York, NY 10041-0099
Fax: 212-855-3215

Dear Isaac:

Pursuant to the request of your operations department, please find attached a completed an executed DTC form for "Instructions for Return of Wired Funds."

Please let me know if you have any questions.

Sincerely yours,

Glenn E. Siegel

GES/md

Enclosure

cc: Lorraine Bruzzese
    Marshall King
    Robert Bailey
    Gary Bush
    Andrew Rosenberg

# The Bank of New York
101 Barclay Street – 8 West
New York, NY 10286

January 17, 2008

Depository Trust Co.
Attention: Lorraine Bruzzese
Dividend Department – 25th floor
55 Water Street
New York, NY 10041

Dear Ms. Bruzzese:

The Bank of New York is indenture trustee, registrar and paying agent for the following matter:

Tyco International Group S.A, 6.000% unsecured notes due 2013, CUSIP No. 902118BK3.

On November 15, 2007, $20,258,083.85 was wired to you with regard to this note issue.

Of this, $575,173.85 was wired to you in error. Please wire $575,173.85 to

The Bank of New York as indenture trustee, as follows:

    The Bank of New York
    ABA #021-0000-15
    GLA #111-565
    Account #308335
    Ref.    Tyco

    Explanation for return of funds: <u>Amount Misdirected by issuer</u>

Indemnity Clause
In consideration of DTC honoring this claim, The Bank of New York as indenture trustee agrees to indemnify DTC, its officers and employees against any and all claims, liabilities, losses, expenses, suits or damages resulting there from. The Bank of New York represents and warrants that the following are duly authorized to execute this indemnity

    Authorized Signature
    *[signature]*
    Gary S. Bush
    Vice President

Request for refunds of $500,000 and greater require an additional authorized signature.

    Authorized Signature
    *[signature]*
    Gerard F. Facendola
    Vice President