UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Indenture Trustee,<br>     Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL GROUP, S.A., TYCO INTERNATIONAL, LTD., and TYCO INTERNATIONAL FINANCE S.A.,<br>     Defendants. | Docket No. 07 CV 4659 (SAS)<br><br>**NOTICE OF MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292**<br><br>ECF Case<br><br>Oral Argument Requested |

   PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter and the accompanying memorandum of law, Plaintiff Wilmington Trust Company will move this Court before the Honorable Shira A. Scheindlin, at a date and time to be determined by the Court, for an order pursuant to Section 1292 of the United States Code granting Plaintiff's motion and certifying for interlocutory appeal the Court's decision of March 3, 2008 denying Plaintiff's motion for summary judgment.

   Oral argument is requested.

   The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: April 10, 2008
New York, New York

        Respectfully submitted,

| DECHERT LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| By: /s/ Kevin O'Brien<br>Kevin O'Brien<br>Glenn Siegel<br>Alissa Rossman | By: /s/ Gerard E. Harper<br>Gerard E. Harper<br>Andrew G. Gordon<br>Andrew N. Rosenberg |
| kevin.obrien@dechert.com | gharper@paulweiss.com |
| 30 Rockefeller Plaza<br>New York City, New York 10112<br>(212) 698-3500 | 1285 Avenue of the Americas<br>New York City, New York 10019<br>(212) 373-3000 |
| *Co-Counsel for the Trustee* | *Co-Counsel for the Trustee* |