UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST COMPANY, as
Indenture Trustee,

    Plaintiff,

v.

TYCO INTERNATIONAL GROUP S.A.,
TYCO INTERNATIONAL LTD., and
TYCO INTERNATIONAL FINANCE S.A.,

    Defendants.

No. 07 CV 4659 (SAS)

**STIPULATION AND ORDER OF DISMISSAL**

ECF Case

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties, pursuant to Fed. R. Civ. P. 41, that this action, including all claims and counterclaims, is dismissed with prejudice, provided, however, that if Tyco and TIFSA do not consummate the transactions described in the Offering Memorandum and Consent Solicitation Statements dated as of April 11, 2008, of Tyco International Ltd. and Tyco International Finance S.A., on or before July 31, 2008, then the parties agree that this Stipulation of Dismissal with prejudice shall be deemed null and void and the parties will jointly move the Court to reopen the matter.

Dated: New York, New York
       April 29, 2008

                                      PAUL, WEISS, RIFKIND,
                                      WHARTON & GARRISON LLP

                                      By: _____
                                             Gerard E. Harper
                                             Andrew G. Gordon
                                             1285 Avenue of the Americas
                                             New York City, New York 10019
                                             (212) 373-3000

                                                        -and-

DECHERT LLP
30 Rockefeller Plaza
New York City, New York 10112
(212) 698-3500

*Co-Counsel for Plaintiff and Counterclaim Defendant*

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Wesley G. Howell
    Marshall R. King

200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

*Counsel for Defendants and Counterclaimants*

The Clerk of the Court is directed to close the outstanding motions (documents no. 61 and 71 on the docket sheet).

SO ORDERED:

_____
U.S.D.J.                    4/30/08